Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-23249 (ABA)**

Denise M. Finch  
130 West Elm Avenue  
Mantua, NJ  08051

Monthly Payment: $750.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/06/2019 | $375.00 | 08/20/2019 | $375.00 | 09/04/2019 | $375.00 | 09/17/2019 | $375.00 |
| 10/01/2019 | $375.00 | 10/16/2019 | $375.00 | 11/01/2019 | $375.00 | 11/19/2019 | $375.00 |
| 12/04/2019 | $375.00 | 12/13/2019 | $375.00 | 12/30/2019 | $375.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DENISE M. FINCH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,693.00 | $3,797.25 | $895.75 | $3,105.75 |
| 1 | ALLY FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANFIELD THE PET HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANFIELD THE PET HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANFIELD THE PET HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | GROSS POLOWY, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | I C SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | THE MONEY SOURCE, INC. | 24 | $32,359.86 | $0.00 | $32,359.86 | $0.00 |
| 8 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, N.A. | 33 | $5,682.52 | $0.00 | $5,682.52 | $0.00 |
| 10 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 60.00 | $750.00 |
| 08/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,125.00 |
| Total paid to creditors this period: | $3,105.75 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $375.00 |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**