UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

    Denise M. Finch

                 Debtor (s)'

Case No. 19-23249 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

      WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

      WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

      NOW THEREFORE, the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $8,625.00 total receipts applied to plan, then $910.00 per month for the remaining forty-nine (49) months commencing July 1, 2020, for a total of sixty (60) months.

      IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on October 23, 2019 remain in effect.

_____
S. Daniel Hutchison, Esquire
Attorney for Debtor
Dated: 6-15-20

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee
Dated: 6/15/20

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2