UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for The Money Source Inc.*

In re:

Denise M. Finch
*aka* Denise Finch

Debtor.

Chapter 13

Case No. 19-23249-ABA

Judge Andrew B. Altenburg Jr.

## CREDITOR'S CERTIFICATION OF DEFAULT

I, ____Cindy Cowden____, hereby certify:

1. I am employed as a ____Vice President____ by The Money Source Inc. ("Creditor"), and declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

2. On June 10, 2020, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post-petition arrearages, and in default of such monthly payments for a 30-day period, allowing the Creditor *ex parte* relief to vacate the stay, with notice to the Debtor, his attorney and the Trustee.

3. Debtor has failed to comply with the Order by missing payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date  November 28, 2022

Signature  *Cindy Cowden* (signed)