| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* |

| | |
|---|---|
| In re:<br><br>Denise M. Finch<br>*aka* Denise Finch<br><br><br><br>                                      Debtor. | Chapter 13<br><br>Case No. 19-23249-ABA<br><br><br><br>Judge Andrew B. Altenburg Jr. |

## **CERTIFICATION OF SERVICE**

1. I, <u>Jennifer Baker</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the legal assistant for <u>Stewart Legal Group, P.L.</u> who represents the <u>Creditor</u>.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>November 28, 2022</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Creditor's Certification of Default

    - Certification Regarding Post-Petition Payment History

    - Order Curing Post-Petition Arrears & Resolving Motion For Relief From Stay

    - Proposed Order Vacating Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

November 28, 2022  /s/*Jennifer Baker*
Date  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court ) |
| Denise M. Finch<br>130 West Elm Avenue<br>Mantua, NJ 08051 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |
| S. Daniel Hutchison<br>Law Office of S. Daniel Hutchison<br>135 North Broad St.<br>Woodbury, NJ 08096 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |