UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for The Money Source Inc.*

In re:

Denise M. Finch
*aka* Denise Finch

Debtor.

Chapter 13

Case No. 19-23249-ABA

Judge Andrew B. Altenburg Jr.

**CERTIFICATION OF CREDITOR REGARDING POST PETITION
PAYMENT HISTORY (NOTE AND MORTGAGE DATED 9/25/2014)**

____Cindy Cowden____, employed as ____Vice President____ by
The Money Source Inc. hereby certifies the following:

Recorded on 10/31/2014 in Gloucester County, in Book 14120 at Page 340

Property Address: 130 West Elm Avenue, Mantua, New Jersey 08051

Mortgage Holder: The Money Source Inc.

Mortgagor(s)/ Debtor(s): Denise M Finch aka Denise Finch

POST-PETITION PAYMENTS (Petition filed on 7/8/2019)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. SEE ATTACHED PAYMENT HISTORY | | | | | |

**TOTAL POST-PETITION PAST DUE PER ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY (Doc. No. 28): $5,291.69**

I certify under penalty of perjury that the above is true.

Date: _____
November 28, 2022

_____ *(Signature)* Cindy Cowden

| BVW FILE # | 2225-N-1821 | TOTAL DUE UNDER AO TO DATE | $ 52,067.74 | TOTAL RECEIVED | $ 46,776.05 | BALANCE DUE | $ 5,291.69 | Admin: |
|---|---|---|---|---|---|---|---|---|
| AGREED ORDER TERMS: | | Post Petition start date per AO: | 06/01/2020 | SMO start / end dates: | | 5/31/2020 | 5/31/2020 | |

| | | TTL DUE | # MO PMTS | $$ | # MO PMTS | $$ | # MO PMTS | $$ |
|---|---|---|---|---|---|---|---|---|
| WHAT DEBTOR SHOULD HAVE PAID AS OF TODAY | REG PMTS | $ 40,802.76 | 5 | $ 1,692.92 | 12 | $ 1,699.05 | 7 | $ 1,707.08 |
| | REG PMTS | $ 10,264.98 | 6 | $ 1,710.83 | 0 | $ - | 0 | $ - |
| | LUMP SUM PMT | $ 1,000.00 | 1 | $ 1,000.00 | 0 | $ - | 0 | $ - |
| | LC DUE | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| | ATTY DUE | $ - | | | | | | |
| | MISC DUE | $ - | | | | | | |
| | TOTAL DUE | $ 52,067.74 | | | | | | |

| DATE | AO/SMO FUNDS RECEIVED | DATE | FUNDS RECEIVED | DATE | FUNDS RECEIVED | DATE | FUNDS RECEIVED | DATE | FUNDS RECEIVED |
|---|---|---|---|---|---|---|---|---|---|
| 6/11/2020 | $ 1,000.00 | 5/18/2021 | $ 900.00 | 5/23/2022 | $ 800.00 | | $ - | | $ - |
| 6/18/2020 | $ 980.00 | 6/7/2021 | $ 800.00 | 6/14/2022 | $ 900.00 | | $ - | | $ - |
| 7/9/2020 | $ 950.00 | 6/21/2021 | $ 600.00 | 6/21/2022 | $ 900.00 | | $ - | | $ - |
| 7/23/2020 | $ 960.00 | 7/23/2021 | $ 1,100.00 | 7/13/2022 | $ 850.00 | | $ - | | $ - |
| 8/6/2020 | $ 820.00 | 7/29/2021 | $ 900.00 | 7/22/2022 | $ 900.00 | | $ - | | $ - |
| 8/14/2020 | $ 900.00 | 8/16/2021 | $ 860.00 | 8/4/2022 | $ 900.00 | | $ - | | $ - |
| 9/11/2020 | $ 900.00 | 8/30/2021 | $ 850.00 | 9/28/2022 | $ 850.00 | | $ - | | $ - |
| 9/22/2020 | $ 880.00 | 9/17/2021 | $ 830.00 | 10/12/2022 | $ 850.00 | | $ - | | $ - |
| 9/25/2020 | $ 800.00 | 9/21/2021 | $ 850.00 | | $ - | | $ - | | $ - |
| 10/20/2020 | $ 850.00 | 10/8/2021 | $ 900.00 | | $ - | | $ - | | $ - |
| 10/21/2020 | $ 850.00 | 11/5/2021 | $ 1,800.00 | | $ - | | $ - | | $ - |
| 11/18/2020 | $ 850.00 | 11/22/2021 | $ 800.00 | | $ - | | $ - | | $ - |
| 11/30/2020 | $ 800.00 | 12/14/2021 | $ 870.00 | | $ - | | $ - | | $ - |
| 12/8/2020 | $ 840.00 | 1/19/2022 | $ 2,500.00 | | $ - | | $ - | | $ - |
| 12/28/2020 | $ 800.00 | 2/22/2022 | $ 900.00 | | $ - | | $ - | | $ - |
| 1/27/2021 | $ 800.00 | 3/3/2022 | $ 900.00 | | $ - | | $ - | | $ - |
| 2/4/2021 | $ 800.00 | 3/4/2022 | $ 900.00 | | $ - | | $ - | | $ - |
| 2/16/2021 | $ 960.00 | 3/18/2022 | $ 850.00 | | $ - | | $ - | | $ - |
| 3/2/2021 | $ 1,706.05 | 4/1/2022 | $ 900.00 | | $ - | | $ - | | $ - |
| 4/2/2021 | $ 770.00 | 4/21/2022 | $ 900.00 | | $ - | | $ - | | $ - |
| 5/10/2021 | $ 800.00 | 5/2/2022 | $ 900.00 | | $ - | | $ - | | $ - |
| TOTAL | $ 19,016.05 | TOTAL | $ 20,810.00 | TOTAL | $ 6,950.00 | TOTAL | $ - | TOTAL | $ - |

| Creditor: | The Money Source Inc. | | | **PAYMENTS RECEIVED** |
|---|---|---|---|---|
| Debtor: | Denise M. Finch | | | Loan Status as of November 17, 2022 |
| Case No.: | 19-23249-ABA | | | |
| Loan No.: | xxxx9867 | | | |
| Our File No.: | 2225-N-1821 | | | |
| Collateral: | 130 W Elm Avenue | | | |
| | Mantua, New Jersey  08051 | | | |

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | | |
| 01/31/2020 | 1 | $0.00 | 01/01/2020 | $1,692.92 | R | | ($1,692.92) | |
| 02/29/2020 | 1 | $0.00 | 02/01/2020 | $1,692.92 | R | | ($1,692.92) | |
| 03/31/2020 | 1 | $0.00 | 03/01/2020 | $1,692.92 | R | | ($1,692.92) | |
| 04/30/2020 | 1 | $0.00 | 04/01/2020 | $1,692.92 | R | | ($1,692.92) | |
| 05/31/2020 | 1 | $0.00 | 05/01/2020 | $1,692.92 | R | ($1,065.40) | ($627.52) | |
| 06/10/2020 | 1 | $0.00 | 06/01/2020 | $1,692.92 | R | ($6,399.20) | $4,706.28 | SMO eod inc 1/20-5/20 pyts, - inst, 2b pd via plan |
| 06/11/2020 | 1 | $1,000.00 | | | | | $1,000.00 | inst |
| 06/18/2020 | 1 | $980.00 | | | | | $980.00 | |
| 07/09/2020 | 2 | $950.00 | 07/01/2020 | $1,692.92 | R | | ($742.92) | 6/20 |
| 07/23/2020 | 1 | $960.00 | | | | | $960.00 | |
| 08/06/2020 | 1 | $820.00 | 08/01/2020 | $1,692.92 | R | | ($872.92) | 7/20 |
| 08/14/2020 | 1 | $900.00 | | | | | $900.00 | |
| 09/11/2020 | 1 | $900.00 | 09/01/2020 | $1,692.92 | R | | ($792.92) | 8/20 |
| 09/22/2020 | 1 | $880.00 | | | | | $880.00 | |
| 09/25/2020 | 1 | $800.00 | | | | | $800.00 | 9/20 |
| 10/20/2020 | 1 | $850.00 | 10/01/2020 | $1,692.92 | R | | ($842.92) | |
| 10/21/2020 | 1 | $850.00 | | | | | $850.00 | 10/20 |
| 11/18/2020 | 1 | $850.00 | 11/01/2020 | $1,699.05 | R | | ($849.05) | |
| 11/30/2020 | 1 | $800.00 | | | | | $800.00 | 11/20 |
| 12/08/2020 | 1 | $840.00 | 12/01/2020 | $1,699.05 | R | | ($859.05) | |
| 12/28/2020 | 1 | $800.00 | | | | | $800.00 | 12/20 |
| 01/27/2021 | 1 | $800.00 | 01/01/2021 | $1,699.05 | R | | ($899.05) | |
| 02/04/2021 | 1 | $800.00 | 02/01/2021 | $1,699.05 | R | | ($899.05) | 1/21 |
| 02/16/2021 | 1 | $960.00 | | | | | $960.00 | |
| 03/02/2021 | 1 | $1,706.05 | 03/01/2021 | $1,699.05 | R | | $7.00 | 2/21 |
| 04/02/2021 | 1 | $770.00 | 04/01/2021 | $1,699.05 | R | | ($929.05) | 3/21 |
| 05/10/2021 | 1 | $800.00 | 05/01/2021 | $1,699.05 | R | | ($899.05) | |
| 05/18/2021 | 1 | $900.00 | | | | | $900.00 | 4/21 |
| 06/07/2021 | 1 | $800.00 | 06/01/2021 | $1,699.05 | R | | ($899.05) | |
| 06/21/2021 | 1 | $600.00 | | | | | $600.00 | |
| 07/23/2021 | 1 | $1,100.00 | 07/01/2021 | $1,699.05 | R | | ($599.05) | 5/21 |
| 07/29/2021 | 1 | $900.00 | | | | | $900.00 | 6/21 |
| 08/16/2021 | 1 | $860.00 | 08/01/2021 | $1,699.05 | R | | ($839.05) | |
| 08/30/2021 | 1 | $850.00 | | | | | $850.00 | 7/21 |
| 09/17/2021 | 1 | $830.00 | 09/01/2021 | $1,699.05 | R | | ($869.05) | |
| 09/21/2021 | 1 | $850.00 | | | | | $850.00 | 8/21 |
| 10/08/2021 | 1 | $900.00 | 10/01/2021 | $1,699.05 | R | | ($799.05) | |
| 11/05/2021 | 1 | $1,800.00 | 11/01/2021 | $1,707.08 | R | | $92.92 | 9/21 |
| 11/22/2021 | 1 | $800.00 | | | | | $800.00 | 10/21 |
| 12/14/2021 | 1 | $870.00 | 12/01/2021 | $1,707.08 | R | | ($837.08) | |
| 01/19/2022 | 1 | $2,500.00 | 01/01/2022 | $1,707.08 | R | | $792.92 | 11/21-12/21 |
| 02/22/2022 | 1 | $900.00 | 02/01/2022 | $1,707.08 | R | | ($807.08) | |
| 03/03/2022 | 1 | $900.00 | | | | | $900.00 | 1/22 |
| 03/04/2022 | 1 | $900.00 | 03/01/2022 | $1,707.08 | R | | ($807.08) | |
| 03/18/2022 | 1 | $850.00 | | | | | $850.00 | 2/22 |
| 04/01/2022 | 1 | $900.00 | 04/01/2022 | $1,707.08 | R | | ($807.08) | |

| Date | # | Amount | Date | Amount | R | | Balance | Period |
|---|---|---|---|---|---|---|---|---|
| 04/21/2022 | 1 | $900.00 | | | | | $900.00 | 3/22 |
| 05/02/2022 | 1 | $900.00 | | | | | $900.00 | |
| 05/23/2022 | 1 | $800.00 | 05/01/2022 | $1,707.08 | R | | ($907.08) | 4/22 |
| 06/14/2022 | 1 | $900.00 | 06/01/2022 | $1,710.83 | R | | ($810.83) | |
| 06/21/2022 | 1 | $900.00 | | | | | $900.00 | 5/22 |
| 07/13/2022 | 1 | $850.00 | 07/01/2022 | $1,710.83 | R | | ($860.83) | |
| 07/22/2022 | 1 | $900.00 | | | | | $900.00 | 6/22 |
| 08/04/2022 | 1 | $900.00 | 08/01/2022 | $1,710.83 | R | | ($810.83) | |
| 09/28/2022 | 1 | $850.00 | 09/01/2022 | $1,710.83 | R | | ($860.83) | 7/22 |
| 10/12/2022 | 1 | $850.00 | 10/01/2022 | $1,710.83 | R | | ($860.83) | |
| 11/17/2022 | 1 | $0.00 | 11/01/2022 | $1,710.83 | R | | ($1,710.83) | |
| 11/17/2022 | 2 | $0.00 | | | | | $0.00 | post-due 8/22 w/$1551.63 susp |
| **Total:** | | **$46,776.05** | | **$59,532.34** | | **($7,464.60)** | **($5,291.69)** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Creditor: | The Money Source Inc. | | | | | **PAYMENTS RECEIVED** | |
| Debtor: | Denise M. Finch | | | | | Loan Status as of November 17, 2022 | |
| Case No.: | 19-23249-ABA | | | | | | |
| Loan No.: | xxxx9867 | | | | | | |
| Our File No.: | 2225-N-1821 | | | | | | |
| Collateral: | 130 W Elm Avenue<br>Mantua, New Jersey  08051 | | | | | | |

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|---|
| **Trustee Payments** | | | | | | | | |
| 06/16/2020 | 1 | $637.25 | | | | | $0.00 | |
| 07/09/2020 | 1 | $691.50 | | | | | $0.00 | |
| 08/21/2020 | 1 | $774.48 | | | | | $0.00 | |
| 09/15/2020 | 1 | $774.48 | | | | | $0.00 | |
| 10/16/2020 | 1 | $774.48 | | | | | $0.00 | |
| 11/20/2020 | 1 | $1,154.16 | | | | | $0.00 | |
| 12/29/2020 | 1 | $769.44 | | | | | $0.00 | |
| 02/05/2021 | 1 | $769.44 | | | | | $0.00 | |
| 03/08/2021 | 1 | $769.44 | | | | | $0.00 | |
| 03/08/2021 | 2 | $769.44 | | | | | $0.00 | |
| 04/12/2021 | 1 | $1,154.16 | | | | | $0.00 | |
| 05/10/2021 | 2 | $769.44 | | | | | $0.00 | |
| 06/07/2021 | 2 | $769.44 | | | | | $0.00 | |
| 07/16/2021 | 1 | $769.44 | | | | | $0.00 | |
| 09/07/2021 | 1 | $384.72 | | | | | $0.00 | |
| 09/09/2021 | 1 | $1,154.16 | | | | | $0.00 | |
| 10/12/2021 | 1 | $1,154.16 | | | | | $0.00 | |
| 11/09/2021 | 1 | $769.44 | | | | | $0.00 | |
| 12/07/2021 | 1 | $769.44 | | | | | $0.00 | |
| 01/13/2022 | 1 | $769.44 | | | | | $0.00 | |
| 02/16/2022 | 1 | $769.44 | | | | | $0.00 | |
| 03/17/2022 | 1 | $769.44 | | | | | $0.00 | |
| 04/19/2022 | 1 | $1,154.16 | | | | | $0.00 | |
| 05/16/2022 | 1 | $769.44 | | | | | $0.00 | |
| 06/25/2022 | 1 | $769.44 | | | | | $0.00 | |
| 07/19/2022 | 1 | $769.44 | | | | | $0.00 | |
| 08/19/2022 | 1 | $1,154.16 | | | | | $0.00 | |
| 09/21/2022 | 1 | $769.44 | | | | | $0.00 | |
| 10/17/2022 | 1 | $769.44 | | | | | $0.00 | |
| 11/15/2022 | 1 | $767.76 | | | | | $0.00 | |
| **Total** | | **$24,810.11** | | **$0.00** | | **$0.00** | **$0.00** | |

| Creditor: | The Money Source Inc. |
|---|---|
| Debtor: | Denise M. Finch |
| Case No.: | 19-23249-ABA |
| Loan No.: | xxxx9867 |
| Our File No.: | 2225-N-1821 |
| Collateral: | 130 W Elm Avenue<br>Mantua, New Jersey  08051 |

**PAYMENTS RECEIVED**

Loan Status as of November 17, 2022

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|---|
| **Grand Totals** | | | | | | | | |
| | | $71,586.16 | | $59,532.34 | | ($7,464.60) | ($5,291.69) | |