Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–23249–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise M. Finch
   aka Denise Finch
   130 West Elm Avenue
   Mantua, NJ 08051

Social Security No.:
   xxx–xx–0096

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              December 27, 2022
Time:                 10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*36* – Certification in Opposition to (related document:35 CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY in support of (related document:34 Creditor's Certification of Default filed by Creditor The Money Source) filed by Gavin Stewart on behalf of The Money Source. (Stewart, Gavin) Modified on 11/29/2022 TO CLARIFY TEXT (eag) filed by Creditor The Money Source) filed by S. Daniel Hutchison on behalf of Denise M. Finch. (Hutchison, S.)

and transact such other business as may properly come before the meeting.


Dated: December 2, 2022
JAN: lgr

                                                                                        Jeanne Naughton
                                                                                        Clerk