UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

In Re:

Denise M. Finch

Case No.: 19-23249
Adv. Pro. No.: _____
Chapter: 13
Subchapter V: ☐ Yes ☒ No
Hearing Date: 12/27/2022
Judge: ABA

## ADJOURNMENT REQUEST

1. I, _____S. Daniel Hutchison, Esq._____,

   ☒ am the attorney for: _____Denise M. Finch, Debtor_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Objection to Creditor Certification of Default

   Current hearing date and time: 12/27/2022 @ 10:00 a.m.

   New date requested: 01/10/2023 @ 10:00 a.m.

   Reason for adjournment request: Waiting for updated payment history from Creditor
   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/21/22                                                                  /s/S. Daniel Hutchison, Esq.
                                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 1/10/23 @ 10 am              ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____       ☐ Peremptory

☐ Denied

    **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*