| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* |

| | |
|---|---|
| In re: | Chapter 13 |
| Denise M. Finch<br>*aka* Denise Finch | Case No. 19-23249-ABA |
| Debtor. | Judge Andrew B. Altenburg Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Certification of Default** (Doc. No. 34).

Dated: January 20, 2023

        Stewart Legal Group, P.L.
        Attorney for The Money Source Inc.

    By: */s/Gavin N. Stewart*
       Gavin N. Stewart, Esq.