| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Denise M. Finch | Case No. | 19-23249 |
| | Chapter: | 13 |
| | Judge: | ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Denise M. Finch_____, debtor in this case certify as follows:

1.     All payments required to be made by me under my plan have been made and are paid in full.

2.   ☑   I am not required to pay domestic support obligations.

   ☐   I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:    _____August 16, 2024_____              /s/Denise M. Finch
                                                Denise M. Finch
                                                Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**